UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08cr277-D1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | I N D I C T M E N T |
| | ) | |
| DOMINIQUE RODERICK MILLER | ) | |

The Grand Jury charges that:

On or about July 12, 2007, in the Eastern District of North Carolina, the defendant, DOMINIQUE RODERICK MILLER, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, that is, a Hi-Point, 9mm, semi-automatic pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

GEORGE E. B. HOLDING
United States Attorney

BY: *[signature]*
YVONNE V. WATFORD-MCKINNEY
Assistant United States Attorney
Criminal Division