# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## NO. 5:08-CR-277-D

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **NOTICE OF APPEAL** |
| ) | |
| **DOMINIQUE RODERICK MILLER** ) | |
| ) | |

The Defendant, Dominique Roderick Miller, hereby gives notice of appeal from the Final Judgment of November 19, 2009 (entered by this Court on December 7, 2009) pursuant to the Federal Rules of Appellate Procedure.

Respectfully submitted this the 7th day of December, 2009.

**THE EDMISTEN & WEBB LAW FIRM**

*/s/ William Woodward Webb*
WILLIAM WOODWARD WEBB
Attorney for Defendant
127 West Hargett Street
Suite 104 (27601)
Post Office Box 1509
Raleigh, North Carolina 27602
Telephone: (919) 831-8700

## CERTIFICATE OF SERVICE

This is to certify that undersigned counsel has this date served a copy of the foregoing *Notice of Appeal* upon counsel and parties listed below properly addressed to:

    Yvonne Watford-McKinney
    Assistant United States Attorney
    Federal Building
    310 New Bern Avenue
    Suite 800
    Raleigh, NC 27601-1464
    Yvonne.Watford@usdoj.gov

This the 7th day of December, 2009.

**THE EDMISTEN & WEBB LAW FIRM**

    */s/ William Woodward Webb*
WILLIAM WOODWARD WEBB
Attorney for Defendant
127 West Hargett Street
Suite 104 (27601)
Post Office Box 1509
Raleigh, North Carolina 27602
Telephone: (919) 831-8700