## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dominique Roderick Miller**　　　　　　　　　　**Docket No. 5:08-CR-277-1D**

### Petition for Action on Supervised Release

COMES NOW Robert L. Thornton, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dominique Roderick Miller, who upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on November 19, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Dominique Roderick Miller is scheduled to be released to supervised release on September 13, 2017, in the Northern District of Georgia.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The probation office in Atlanta is requesting that the conditions of supervision be modified to allow the defendant more time in the residential reentry center so he can save money and secure a release residence. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall reside for a period of up to six (6) months in Dismas Charities, Atlanta, to commence immediately upon his release from the custody of the Bureau of Prisons and shall observe the rules of that facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2047
Executed On: August 2, 2017

Dominique Roderick Miller
Docket No. 5:08-CR-277-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_\_4\_\_\_\_ day of \_\_\_\_August_____, 2017, and ordered filed and made a part of the records in the above case.

_____*/s/ Dever*_____
James C. Dever III
Chief U.S. District Judge